1

2

3

Drexel A. Bradshaw (SBN 209584)
Brenda D. Posada (SBN 152480)
Bradshaw & Associates, P.C.
44 Montgomery Street
Thirty-eighth Floor
San Francisco, California 94104
Telephone:     (415) 433-4800
Facsimile:      (415) 433-4841

4

5

Attorneys for Plaintiffs

6

7

8                                            UNITED STATES DISTRICT COURT

9                                            EASTERN DISTRICT OF CALIFORNIA

10

11

12

13

14

15

16

17

Angela Anthony, John Anthony, Joseph Adams,
Nick Adams, Patrick Beeler, Mark Boswell, Mark
Boswell Jr., Tommy Boswell, Melissa Catron,
John Cooper, Richard De La Vega, Donald
Durbin, Horace Durbin, Teresa Durbin, Don
Francis, Tina M. Frederickson, Jessica Graham,
David Hardy, Ronda Hughes, Jerry Jones, Sandra
S. Jones, Mark LePage, Monique Karki, John
Macdonald, Scott R. Martin, Dale Melvin,
Stefany Millward, Patrick Millward, Susan
Murchison, Robert Rosas, Jack L. Smith, Rebecca
Smith, Tory Stepp, Travis Spinale, Jamie Wahl,
Nita Webster, and Sean W. Wood Jr.,

Case No.: 2:10-CV-00689 MCE DAD

**STIPULATION TO REMOVE *LIS
PENDENS***

18                        Plaintiffs,

19                                 v.

20

21

Jonothan Benefield, Julie Benefield, Walnut Hill
Estate Enterprises, LLC, and DOES 1 through
100, inclusive,

22                        Defendants.

23

24   **TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

25          The parties in this action enter into the following stipulation:

26          **WHEREAS** on September 15, 2010, Defendants Jonothan Benefield, Julie Benefield,

27   Walnut Hill Estate Enterprises, LLC, and Plaintiffs Angela Anthony, et al. entered into a settlement

28   of the above-entitled action in its entirety; and

*- 1 -*

PDF created with pdfFactory trial version www.pdffactory.com

1    **WHEREAS**, Plaintiffs agree to remove the *lis pendens* previously recorded against the real

2    property owned by the Defendants which is commonly known as the "Oroville Inn" located at 2066

3    Bird Street, Oroville, California [erroneously referred to as 2166 Bird Street, Oroville, California in

4    the Notice filed with the Eastern District Court of California and filed with said court on April 1,

5    2010]

6        **IT IS HEREBY STIPULATED AND AGREED** as follows:

7        1.    By this stipulation and proposed order, the Notice of Pendency of Action (*Lis*

8    *Pendens)* recorded by Plaintiffs Angela Anthony, et al., in the County of Butte against the property

9    referred to as the Oroville Inn on April 10, 2010 is to be removed.

10        2.    The Defendants agree that they will take nothing as a result of Plaintiffs having filed

11    the *Lis Pendens* against the subject property. Defendants likewise agree not to pursue any request for

12    monetary sanctions against Plaintiffs, or their attorneys, for having filed the *lis pendens* against the

13    subject property.

14        3.    The parties agree to cooperate with one another to effectuate the removal of the *lis*

15    *pendens.*

16        4.    Attached as Exhibit A hereto is a true and correct copy of the Notice of Pendency of

17    Action recorded with the County of Butte on April 20, 2010.

18        **IT IS SO STIPULATED:**

19    DATED: October 19, 2010                    BRADSHAW & ASSOCIATES
                                                 A Professional Corporation
20

21                                              By: _____/s/_____
22                                                  Brenda D. Posada, Esq.
                                                    Attorney for Plaintiffs
23

24    DATED: October 19, 2010                    FIELD & SANDERS

25

26                                              By: _____/s/_____
                                                    Fred G. Weisner, Esq.
27                                                  Attorney for Defendants

28    ///

*- 2 -*

PDF created with pdfFactory trial version www.pdffactory.com

1   DATED: October 19, 2010                          MICHEL & FACKLER

2

3                                                     By: _____/s/_____
                                                         Jeff Fackler, Esq.
4                                                        Attorney for Defendants

5

6

7                                      **ORDER**

8          The parties having stipulated as set forth herein, it is the Order of this Court that the *lis*

9   *pendens* currently recorded against the property commonly referred to as the "Oroville Inn" located

10   at 2066 Bird Street, Oroville, California, which was the subject premises in the above-entitled action

11   shall be removed.

12          IT IS SO ORDERED.

13   DATED: October 19, 2010

14   _____

15                                      MORRISON C. ENGLAND, JR
                                        UNITED STATES DISTRICT JUDGE
16

17

18

19

20

21

22

23

24

25

26

27

28

PDF created with pdfFactory trial version www.pdffactory.com