Drexel A. Bradshaw (SBN 209584)
Brenda D. Posada (SBN 152480)
Bradshaw & Associates, P.C.
44 Montgomery Street
Thirty-eighth Floor
San Francisco, California 94104
Telephone:     (415) 433-4800
Facsimile:      (415) 433-4841

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| Angela Anthony, et al.,<br><br>             Plaintiffs,<br><br>       v.<br><br>Jonothan Benefield, et al.,<br><br>             Defendants. | Case No.: 2:10-CV-00689 MCE DAD<br><br>**ORDER GRANTING PLAINTIFFS' REQUEST FOR ENTRY OF DISMISSAL OF THE ENTIRE ACTION** |

Having reviewed the Plaintiffs' Request for Entry of Dismissal of the Entire Action, it is hereby the order of this Court that the above-entitled action, Case No. 2:10-CV-00689 MCE DAD, be dismissed in its entirety, with prejudice, each side to bear its own attorneys' fees and costs.

IT IS SO ORDERED.

DATED: November 30, 2010

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

_____ - 1 -
*Anthony, et al. v. Benefield, et al. –[Proposed] Order Granting Plaintiffs' Request for Entry of Dismissal of the Entire Action*
C:\iFolder\mengland\Home\TO DOCKET CIVIL\10cv0689.o.1130.doc - 11/30/2010 2:34:00 PM